NOT DESIGNATED
FOR PUBLICATION

# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2018-CA-1634

Erin and Owen C. Sketchler, Individually and on behalf of
their minor son, Oliver Sketchler

- - Versus - -

Daniel Hernandez, Octabio Hernandez, Louis C. Paxton,
Audwin D. Finley, ADF Enterprises, Inc., Old American
County Mutual Fire Insurance Company, National General
Insurance Company, Cooper Insurance & Associates, Inc.,
The State of Louisiana through the L

21st Judicial District Court
Case #: 20150001152
Tangipahoa Parish

On Application for Rehearing filed 09/21/2020 by Erin and Owen C. Sketchler, etc.

Rehearing _____ **DENIED**

J. Michael McDonald

William J. Crain

Guy Holdridge

Holdridge J. dissents and would grant The Re-hearing

Date **NOV 1 9 2020**

Rodd Naquin, Clerk